Case 15-39121   Doc 10   Filed 11/19/15   Entered 11/23/15 10:46:45   Desc Main
Document   Page 1 of 1

1:5.0:Application for Installment Agreement:Main Document Entered: 11/17/2015 12:38:45 PM by:Charles McMullen Page 2 of 2

**Fill in this information to identify the case:**

Debtor 1: __Nicole__ _____ __Sawyers__
         First Name    Middle Name    Last Name

Debtor 2: _____ _____ _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __Northern__ District of __IL__ (State)

Case number (If known): __15 B 39121__

Chapter filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 135 | 12-10-15 |
| $ 100 | 12-29-15 |
| $ 100 | 1-20-16 |
| + $ | |
| **Total** $ 335 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

11-19-15    By the court:    J.C. _Jacqueline P. Cox_
Month / day / year                United States Bankruptcy Judge